FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW D DOFFING,<br><br>Defendant. | Nos.<br>2:25-PO-00105-JAG-1,<br>2:25-PO-00128-JAG-1<br><br>ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE<br><br>**ECF Nos.**<br>**39** (Case No. 25-po-00105-JAG-1);<br>**24** (Case No. 25-po-00128-JAG-1) |

Before the Court, pursuant to Federal Rule of Criminal Procedure 48(a), is the United States' Motion to Dismiss (ECF No. 39, Case No. 25-po-00105-JAG-1; ECF No. 24, Case No. 25-po-00128-JAG-1). Assistant United States Attorney Tyler H.L. Tornabene and Legal Intern Katherine M. Vescio represented the United States on the motion.

On July 5, 2025, Defendant was charged by citation with camping in excess of 14 days in violation of 36 CFR § 327.7(b), Violation Notice No. E2036381, Case No. 25-po-00105-JAG-1, ECF No. 3. The United States moves to dismiss the citation, without prejudice, in the interest of justice and pursuant to the parties' plea agreement. *See* ECF No. 33, Case No. 25-po-00105-JAG-1; ECF No. 18, Case No. 25-po-00128-JAG-1.

ORDER - 1

Accordingly, **IT IS ORDERED**:

1.      The United States' Motion to Dismiss (**ECF No. 39**, Case No. 25-po-00105-JAG-1; **ECF No. 24**, Case No. 25-po-00128-JAG-1) is **GRANTED**.

2.      Violation No. E2036381 in Case No. 25-po-00105-JAG-1 is **DISMISSED WITHOUT PREJUDICE**.

3.      This Court makes no finding regarding the propriety of the dismissal of this action.

**IT IS SO ORDERED**.

DATED June 15, 2026.



_____

ALEXANDER C. EKSTROM

UNITED STATES MAGISTRATE JUDGE

ORDER - 2